IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BRAD MATTHEW PETTREY,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:17-03340

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

By Standing Order, this action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Eifert submitted to the court her Findings and Recommendation ("PF&R") on June 18, 2018, in which she recommended that the court deny plaintiff's request for judgment on the pleadings, grant defendant's brief in support of the Commissioner's decision, affirm the final decision of the Commissioner, and dismiss this case from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Eifert's Proposed Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Eifert as follows:

1. Plaintiff's request for judgment on the pleadings is **DENIED**;

2. Defendant's brief in support of the Commissioner's decision is **GRANTED**;

3. The final decision of the Commissioner is **AFFIRMED**; and

4. The case is **DISMISSED** from the court's docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 11th of July, 2018.

ENTER:

David A. Faber
Senior United States District Judge